IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| JAMES DIXON, | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | **1 : 04-CV-148 (RLH)** |
| | : | |
| Lt. DERRICK ALLEN, CO SHEMEKA SILAS, and CO KAMALA HAYWARD, | : | |
| Defendants. | : | |

**ORDER**

On July 25, 2005, the undersigned entered a recommendation herein that defendant's pending Motion to Dismiss be denied.  Inasmuch as all parties have consented to the United States Magistrate Judge conducting any and all proceedings herein, including but not limited to the ordering of the entry of judgment, the recommendation was entered in error and should have been styled as an order.  Said recommendation is hereby made the order of the court.  The parties may appeal from this judgment, as permitted by law, directly to the Eleventh Circuit Court of Appeals.  28 U.S.C. § 636(c)(3).

**SO ORDERED**, this 27th day of July, 2005.

 /s/ *Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

asb